# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

**ESTATE OF BRADLEY GROTE,**

          **Plaintiff,**

v.

**KENTON COUNTY, et al.,**

          **Defendants.**

Case No.: 2:20-CV-101 WOB-CJS

**ELECTRONICALLY FILED**

## JOINT STATUS REPORT

Come now the parties, by and through counsel, and submit the following Status Report to the Court:

Pursuant to the Court's Amended Scheduling Order (ECF No. 101) entered January 24, 2022, the parties in this case have completed fact discovery and provided all supplemental expert reports. The Court's Amended Scheduling Order required completion of expert discovery by May 31, 2022. Expert discovery has been completed with the exception of Plaintiff's expert, Dr. Keller, which was timely requested by the Southern Health Defendants but unable to be completed due to scheduling conflicts. The deposition of Dr. Keller is now scheduled for August 17, 2022.

All parties agreed prior to the expert discovery cutoff that the deposition of Dr. Keller would be permitted at a mutually agreeable time after the deadline. Depending on the availability of Dr. Keller and the parties to conduct the deposition, each party agreed that the dispositive motion deadline as it pertains to the Southern Health Partners defendants would be adjusted as needed. However, the dispositive motion deadline as to all other defendants, including any response and reply deadlines, would remain as ordered in the January 24, 2022 order regardless of the date of Dr. Keller's deposition.

An Agreed Order is being submitted contemporaneously with this Joint Status Report reflecting the same.

4879-0322-5126.1

Have Seen and Agreed:

*/s/ Aimee E. Muller*
Judd R. Uhl (89578)
Katherine L. Kennedy (92606)
Aimee E. Muller (96690)
LEWIS, BRISBOIS, BISGAARD & SMITH
2333 Alexandria Drive, Lexington, KY 40202
judd.uhl@lewisbrisbois.com
kate.kennedy@lewisbrisbois.com
aimee.muller@lewisbrisbois.com
Phone: (859) 663-9830 | Fax: (859) 663-9829
*Attorneys for Defendants Southern Health Partners, Inc., and Caitlin Brand*

*/s/ Donald Nageleisen* (per 06-24-2022 email authority)
Gary Franke, Esq.
120 E. 4th Street, Suite 1040
Cincinnati, OH 45202
gff@garyfrankelaw.com
*Attorney for Plaintiff*

Donald Nageleisen, Esq.
2216 Dixie Highway, Suite 203
dlnlegalmail@yahoo.com
*Attorney for Plaintiff*

*/s/ Christopher Nordloh* (per 06-24-2022 email authority)
Christopher Scott Nordloh
Kenton County Attorney
1840 Simon Kenton Way, Suite 4200
Covington, KY 41011
cnordloh@kentoncoatty.com
*Attorney for Kenton County Defendants*