UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

LUANNA GROTE, ADMINISTRATOR OF
ESTATE OF BRADLEY GROTE,

          **Plaintiff,**

    v.

**KENTON COUNTY, et al.,**

          **Defendants.**

Case No.: 2:20-CV-101 WOB-CJS

ELECTRONICALLY FILED

## DECLARATION OF DEPUTY TONYA JUMONVILLE
## PURSUANT TO 28 U.S.CODE § 1746

I, Kenton County Detention Center Deputy Tonya Jumonville, declare under penalty of perjury that the following facts are true and correct based on my personal knowledge.

1. I was working as a deputy on July 19, 2019, when Bradley Grote was placed in cell B4.

2. I can be seen in the overhead surveillance video at 4:55:53 communicating with Mr. Grote about whether he wanted his meal tray. He was standing and pacing toward the back of the cell when he declined his tray. His mannerisms and appearance were unchanged from when he was assessed by medical personnel when initially placed in the cell. We left his cell and secured his door behind us.

3. I next saw Mr. Grote at 5:35:54 laying down in the cell and medical was called.

Deputy Tonya Jumonville
**Deputy Tonya Jumonville**

Executed on: 11·23·2021