# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

AT COVINGTON

CIVIL ACTION NO.: 2:20-CV-101

JUDGE WILLIAM O. BERTELSMAN

MAGISTRATE JUDGE CANDACE J. SMITH

ESTATE OF BRADLEY GROTE,

PLAINTIFF

V.

KENTON COUNTY, KENTUCKY, ET AL.,

DEFENDANTS

DEPONENT:  LUANNA GROTE

DATE:      AUGUST 2, 2021

REPORTER:  ELIZABETH HARLOW



Page 34

```
 1   family sandwich," and it talks about the triple-decker.
 2   And I'm just -- if you need to take a break?
 3        A    No.
 4        Q    Okay.  It says, "His ride came before he could
 5   bite."  Who was -- who's the ride that was picking him
 6   up?
 7        A    Bethany just -- she had just brought me back
 8   from the grocery store, and he had made the sandwich,
 9   and she was getting ready to leave, and he asked her for
10   a ride.
11        Q    So Brad would have been home by himself, and
12   then you and Bethany come back from the store?
13        A    Yes.
14        Q    And Brad asks Bethany for a ride somewhere?
15        A    Brad was alone when I left.  And then when I
16   came back, the -- whoever the guy was was there.
17        Q    Who's the guy?  Do you know?
18        A    I don't know him.
19        Q    Was he with -- go ahead.
20        A    He was there with a -- with his girlfriend,
21   and I think they had gotten into an argument, and she
22   left him there.
23        Q    Who's --
24        A    I don't know these people.
25        Q    All right.  Well, let me see if I can figure
```



Page 59

```
 1   it hypothesis or theory, of when Brad actually took the
 2   drugs that he overdosed on?
 3       A    I believe he took the drugs either as they got
 4   pulled over, or soon after.  I mean, I -- I'm not sure.
 5       Q    So before he got to the jail?
 6       A    Yeah.
 7       Q    Did anybody from the hospital ever tell you
 8   how much or what amount of drugs Brad had ingested?
 9       A    I don't remember.  They just said a lot.
10       Q    They didn't --
11       A    I mean, I don't think they knew, either.
12       Q    They didn't tell you whether -- what the
13   levels were in his bloodstream or his body?
14       A    I don't think so.
15       Q    Did they tell you they found any other drugs
16   in his system, besides methamphetamine?
17       A    She said they found a low amount of marijuana
18   and a trace of fentanyl.
19       Q    When you had heard that Brad had -- they had
20   found methamphetamine in his system, did you think Brad
21   was still using methamphetamine or that he had quit?
22       A    I thought he was -- I thought he was -- I
23   thought he quit.
24       Q    Because that's what he had told you?
25       A    He didn't -- yeah.  Well, yeah -- he didn't
```



Page 98

```
 1              CERTIFICATE OF REPORTER
 2           COMMONWEALTH OF KENTUCKY AT LARGE
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page hereof by me after first
 7   being duly sworn to testify the truth, the whole truth,
 8   and nothing but the truth; and that the said matter was
 9   recorded by me and then reduced to typewritten form
10   under my direction, and constitutes a true record of the
11   transcript as taken, all to the best of my skills and
12   ability. I certify that I am not a relative or employee
13   of either counsel, and that I am in no way interested
14   financially, directly or indirectly, in this action.
15
16
17
18
19
20
21
22   ELIZABETH HARLOW,
23   COURT REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 04/06/2022
25   SUBMITTED ON: 08/13/2021
```

