# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

AT COVINGTON

CIVIL ACTION NO.: 2:20-CV-101

JUDGE WILLIAM O. BERTELSMAN

MAGISTRATE JUDGE CANDACE J. SMITH

ESTATE OF BRADLEY GROTE,

Plaintiff

V.

KENTON COUNTY, KENTUCKY, ET AL.,

Defendants

DEPONENT: SAMUEL MATTHEWS

DATE: SEPTEMBER 23, 2021

REPORTER: TAYLOR VENEMAN



Page 26

```
 1  suspected methamphetamine.
 2      Q   And could you tell how much that is, just from
 3  the video?
 4          (VIDEO PLAYS)
 5      A   It's hard telling.  It's -- it's hard to
 6  guesstimate a weight on it.
 7      Q   Let me jump ahead here.  Okay.  I'm sorry,
 8  it's on 25.  Okay.  We are now at 18:59:17.
 9          (VIDEO PLAYS)
10      A   Okay.  Exiting my cruiser.
11      Q   And then who -- that's the car -- that's --
12  it's a suspect vehicle?
13      A   That is the sus --
14      Q   What was it; do you remember?
15      A   It was a Chevy Malibu 2000.
16      Q   So at this point, all the occupants are still
17  in the vehicle?
18      A   I believe so, other than Mr. Grote.
19      Q   Mr. Grote was, at this point, in the back of a
20  cruiser?
21      A   I believe he was still standing outside of a
22  cruiser.
23      Q   Somebody is watching him though?
24      A   Yes, sir.
25      Q   And what are we doing here?
```

Page 27

```
 1      A   I'm checking the other side of the fence, the
 2  residential backyard where I thought he threw something.
 3  That's Sergeant Rose.  He's told me they found a needle
 4  on the other side of the fence, and he -- I believe he's
 5  pointing out another needle to me now.
 6          (VIDEO PAUSES)
 7      Q   Okay.  And this is just a home -- a private
 8  property?
 9      A   Correct.
10      Q   Did you need consent to search that?
11      A   We did not.
12          (VIDEO PLAYS)
13      Q   What would -- what did you do there?
14      A   I bent down and picked up syringes.  It's
15  capped.  And I located it on the ground in the subject's
16  back yard, which is where I saw Mr. Grote throw
17  something over the fence.
18      Q   And that's in evidence too?
19      A   It is.
20      Q   And so you're just, what, tagging that?
21      A   Yep.  I'm putting it in a sharps container,
22  which is how we would deal with syringes.  And then I'll
23  peal the top off and seal it also.
24      Q   I'm going to go to Grote here -- oh, one sec.
25  So this is 19:03:25, at least the identifying tag on the
```

Page 28

```
 1  body cam.  Now, is that Mr. Grote (indicating)?
 2      A   That is Mr. Grote.
 3          (VIDEO PAUSES)
 4      Q   And looks like you got a hat there?
 5      A   Yeah.
 6      Q   What's going on?
 7      A   That was his hat on.  I don't know if it fell
 8  off, or if I've just taken it off.  That's part of my
 9  search.  I'll check the room of the hats and then
10  sideline him.
11      Q   I'm going to roll this video, and then I'm
12  going to ask you some questions, okay?
13      A   Okay.
14          (VIDEO PLAYS)
15      A   I had him spread his feet, ask him if he had
16  anything else on.  And he said, "I didn't have anything
17  else on me in the fir" -- "on me in the first place."
18  He's asked me to smoke a cigarette, asked him why I
19  pulled him over.  I told him it's because of the seat
20  belt.  So I'm searching his pockets here.
21          (VIDEO PAUSES)
22      Q   Let me stop it at 19:04.  Based on that point,
23  was he acting erratic under the influence of drugs, like
24  he had ingested a large amount of drugs?
25      A   He was not.
```

Page 29

```
 1      Q   Was he sweating?
 2      A   No.
 3      Q   Dilated pupils?
 4      A   No, sir.
 5      Q   Any of that evidence?
 6      A   No, sir.
 7          (VIDEO PLAYS)
 8      A   That's me checking his groin area.  That's me
 9  checking his groin in the front.
10          (VIDEO PAUSES)
11      Q   At 19:04:21, you were just checking his groin,
12  look like with your left hand?
13      A   Yes, sir.
14      Q   No drugs?
15      A   No drugs.
16          (VIDEO PLAYS)
17      A   I warned him if I -- I did check my back seat
18  before the shift started.  There was nothing illegal in
19  there.  I told him if I found anything illegal in the
20  back seat, it'd be charged.  But he's coherent, talking
21  normally.
22      Q   And he wouldn't -- he was obviously upset.
23  He'd been arrested.  Was he combative in any way?
24      A   No.  At the beginning he was verbally non-
25  compliant at the beginning of the traffic stop, but he
```



Page 74

1  CERTIFICATE OF REPORTER

2  STATE OF OHIO

3

4  I do hereby certify that the witness in the foregoing

5  transcript was taken on the date, and at the time and

6  place set out on the Title page here of by me after

7  first being duly sworn to testify the truth, the whole

8  truth, and nothing but the truth; and that the said

9  matter was recorded stenographically and mechanically by

10 me and then reduced to type written form under my

11 direction, and constitutes a true record of the

12 transcript as taken, all to the best of my skill and

13 ability. I certify that I am not a relative or employee

14 of either counsel, and that I am in no way interested

15 financially, directly or indirectly, in this action.

16

17

18

19

20

21

22 TAYLOR VENEMAN,

23 COURT REPORTER / NOTARY

24 MY COMMISSION EXPIRES ON: 10/20/2025

25 SUBMITTED ON: 10/06/2021

