# EXHIBIT 6

## Standard Medical Questions

**Name:** GROTE, BRADLEY JAMES (881218)
**Date of Birth:**

Interviewer: BELL, SARAH                                       Date / Time: 07/19/2019 16:06

| Answer | |
|---|---|
| NO | 1. DO YOU HAVE A SERIOUS MEDICAL CONDITION THAT MAY REQUIRE ATTN WHILE YOU ARE HERE? IF YES, MEDICAL |
| NO | 2. ARE YOU CURRENTLY TAKING A PRESCR MED THAT MAY NEED CONTINUED WHILE YOU ARE HERE?**IF YES,NOTIFY MEDICAL |
| NO | 3. DO YOU WEAR DENTURES? IF SO, UPPER, LOWER OR BOTH? |
| NO | 4. DO YOU HAVE YOUR DENTURES WITH YOU? (IF ANSWERED YES TO QUESTION 3) |
| NO | 5. DO YOU HAVE A SERIOUS MENTAL HEALTH CONDITION THAT MAY NEED ATTENTION WHILE YOU ARE HERE?*** |
| NO | 6. HAVE YOU RECENTLY TAKEN OR BEEN PRESCRIBED MEDICATION FOR EMOTIONAL PROBLEMS?*** |
| NO | 7. HAVE YOU BEEN HOSPITALIZED FOR EMOTIONAL PROBLEMS WITHIN THE LAST YEAR? |
| NO | 8. HAVE YOU EVER ATTEMPTED SUICIDE?*** |
| NO | 9. ARE YOU CURRENTLY THINKING ABOUT SUICIDE? *** |
| NO | 10. HAVE YOU RECENTLY INGESTED POTENTIONALLY DANGEROUS LEVELS OF DRUGS OR ALCOHOL?***IF YES, CONTACT MEDICAL |
| NO | 11. HAVE YOU EXPERIENCED DT'S OR OTHER SERIOUS WITHDRAWAL FROM DRUGS OR ALCOHOL?*** |
| NO | 12. HAVE YOU EVER HAD A CLOSED HEAD INJURY THAT REQUIRED HOSPITALIZATION?***IF YES, CONTACT MEDICAL |
| NO | 13. DO YOU HAVE A LEARNING OR OTHER DISABILITY THAT WILL IMPACT YOUR ABILITY TO UNDERSTAND INSTRUCTIONS? |
| NO | 14. ARE YOU AWARE OF ANY REASON YOU SHOULD BE SEPARATED FROM ANTOHER INMATE WHILE YOU ARE HERE? |
| NO | 15. HAVE YOU EVER REQUIRED SEPARATION FROM ANOTHER INMATE WHILE INCARCERATED IN ANOTHER FACILITY? |
| YES | 16. DO YOU UNDERSTAND THAT YOU MAY REQUEST A HEALTH CARE PROVIDER WHILE YOU ARE HERE? |
| YES | 17. HAVE YOU UNDERSTOOD ALL OF THE QUESTIONS I HAVE ASKED YOU? |
| YES | 18. HAVE YOU PROVIDED US WITH ALL THE INFO THAT YOU WANT US TO BE AWARE OF WHILE YOU ARE HERE? |
| YES | 19. DOES THE SCREENING OFFICER FEEL THAT THE ARRESTEE IS CAPABLE OF UNDERSTANDING ALL QUESTIONS ASKED? |
| NO | 20. DOES THIS ARRESTEE HAVE ANY INSTITUTIONAL HISTORY OF ALERTS? CALL CRISIS LINE FOR MENTAL RELATED |
| NO | 21. DOES THE SCREENING OFFICER FEEL THAT HIS ARRESTEE SHOULD BE REFERRED TO A SUPERVISOR FOR REVIEW? |
| NO | 22. ***IF YES ANSWER TO QUESTIONS 5,6,7,8, 9, AND 11 CALL JAIL CRISIS LINE-877-266-2602 AFTER 5PM CALL 800-928-8000 |
| NO | 23. IF NO TO #19 OR YES TO #20 RELATED TO RELATED TO MENTAL HEALTH, SUICIDAL, ABI, MR, CALL JAIL CRISIS LINE |
| NO | 24. MEDICAL QUESTIONNAIRE REVISION DATE   10/29/2008 |

Offender's Signature                                Officer's Signature