# EXHIBIT 15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

AT COVINGTON


| | | |
|---|---|---|
| ESTATE OF BRADLEY GROTE, | ) | Civil Action No.: |
| Plaintiff, | ) | 2:20-CV-101 |
| | ) | |
| vs. | ) | DEPOSITION OF |
| | ) | DR. JEFFREY ERNEST KELLER |
| KENTON COUNTY, KENTUCKY et al., | ) | AUGUST 17, 2022 |
| Defendants. | ) | |
| _____ | ) | |


REPORTED REMOTELY BY:

MARLENE "MOLLY" WARD, CSR No. 704, RPR

Notary Public

Magna Legal Services

866-624-6221

www.MagnaLS.com



```
 1  methamphetamine causes different symptoms at different
 2  levels in people.  So overdose is kind of an older term,
 3  and the degree of intoxication doesn't relate,
 4  necessarily, to the amount of drug ingested, and some
 5  people have a bad reaction to very little drug, and some
 6  people can tolerate a lot of drug.  So the better term
 7  is intoxication.
 8        Q.   Okay.  So then there is real no distinction
 9  just in terms of the signs and symptoms of intoxication
10  and overdose; is that right?
11        A.   They refer to the same process.
12        Q.   And the more methamphetamine you take the
13  greater or the more exacerbated the symptoms might be,
14  but overall they're the same symptoms, restlessness,
15  sweatiness, anxiety, twitchiness, things like that?
16        A.   Right.
17        Q.   Now, is methamphetamine intoxication,
18  Dr. Keller, that in and of itself is not necessarily a
19  medical emergency; would you agree with that?
20        A.   It depends on the severity.  It's like saying
21  a heart attack is not a medical emergency, some people
22  have a mild heart attack it's not, some people are
23  dying.  Same thing with meth, some people have mild
24  symptoms and it's not a medical emergency, some people
25  are dying.
```



```
                                                         Page 62
 1                    REPORTER'S CERTIFICATE
 2            I, MARLENE "MOLLY" WARD, CSR No. 704,
 3   Registered Professional Reporter, certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place therein set forth, at
 6   which time the witness was put under oath by me;
 7            That the testimony and all objections made
 8   were recorded stenographically by me and transcribed by
 9   me or under my direction;
10            That the foregoing is a true and correct
11   record of all testimony given, to the best of my
12   ability;
13            I further certify that I am not a relative or
14   employee of any attorney or party, nor am I financially
15   interested in the action.
16            IN WITNESS WHEREOF, I set my hand and seal
17   this 31st day of   August  , 2022.
18
19
20            _____Marlene Ward_____
21            MARLENE "MOLLY" WARD, CSR, RPR
22            Notary Public
23            P.O. Box 2636
24            Boise, Idaho   83701-2636
25   My Commission expires July 11, 2026
```

