# APPENDIX A

Jeffrey E. Keller MD FACEP
365 Spring Meadows Drive
Idaho Falls, Idaho 83404
(208) 552-9831
tfscorcon@gmail.com

# Curriculum Vitae, Jeffrey E Keller, MD, FACEP, FACCP

## Current Employment

Correctional Medicine Consulting. My current and former consulting clients include national, regional, state and county entities. (a detailed list of consultation clients is available upon request).

Medical Director, Bonneville County (Idaho) Search and Rescue

Board Member, American College of Correctional Physicians

## Past Employment

Medical Director and CEO of Badger Correctional Medicine from 1997-2021. Badger Medical is a jail medicine company that provides medical and mental health services to inmates incarcerated in Idaho jails and juvenile facilities.

Chief Medical Officer of Centurion LLC from 2013-2018. As Chief Medical Officer, I supervised medical services for prison inmates in Massachusetts, Tennessee, Minnesota, Mississippi, Vermont, New Hampshire, Florida and New Mexico.

Emergency Medicine Physician with 22 years of experience at a Level II Trauma Center, Eastern Idaho Regional Medical Center, Idaho Falls, Idaho

Medical Director of the Ada County Jail, a 1200 bed facility in Boise, Idaho from 2009-2013

Founded Air Idaho Rescue, a successful air ambulance service

Medical Director of the Idaho Falls Paramedics for 25 years

Medical Director of the Bonneville County (Idaho) Sheriff's office

Medical Director of several volunteer rural ambulance services

Idaho COVID-19 Vaccine Advisory Committee

## Certifications

Current Medical Licenses: Idaho, Michigan, Florida, Minnesota and Arizona

Board Certified in Emergency Medicine through 2028

Fellow, American College of Emergency Physicians (FACEP)

Fellow, American College of Correctional Physicians (FACCP)

Certified Correctional Health Professional-Physician (CCHP-P)

## Memberships

American College of Emergency Physicians

American College of Correctional Physicians

Idaho Medical Association

Bonneville County (Idaho) Medical Association

American Medical Association

## Education

Brigham Young University 1974-1981.  BS Zoology
    *Graduated Summa Cum Laude and with Highest Honors*

University of Utah Medical School 1981-1985

Emergency Medicine Residency, Akron City Hospital, Akron, Ohio 1985-1988
    *Chief Resident 1987-1988*

**Publications** I have published extensively in each of the following publications (detailed list of published articles available by request)

*Blogs*

   **JailMedicine** (www.jailmedicine.com/). I began my personal blog, JailMedicine, in 2012, in order to discuss all aspects of medicine practiced in jails, prisons and juvenile detention facilities.  To date, I have published over 200 articles and have had over two million readers.

   **MedPage Today: Doing Time: HealthCare Behind Bars (https://www.medpagetoday.com/blogs/doing-time/71759)**

   **CorrectionsOne.com** (https://www.correctionsone.com/writers/columnists/jeff-keller/)

Corrections.com
(http://www.corrections.com/news/result?keyword=&from=06%2F12%2F2000&to=06%2F12%2F2040&name[id]=132)

*Print publications*

    CorrectCare—a quarterly publication of The National Commission on Correctional Health Care.

    CorrDocs--the Newsletter of the Society of Correctional Physicians

    Dose: A Publication of Correct Rx Pharmacy Services, Inc.

    Bring 'em All: Chaos. Care. Stories from Medicine's Front Line by Eugene Richards.

## National Lectures and Presentations

I have given many lectures and educational presentations at the following national conventions (detailed list of presentations available upon request)

    The National Commission on Correctional Health Care National conference.

    The American Correctional Association National Conference

    Essentials of Correctional Medicine National Conference

    American College of Correctional Physicians National Conference

    Maricopa County (Arizona) Correctional Conference

    Idaho Peace Officer Standards and Training (POST)

    Idaho Sheriff's Association Conference

    Utah Sheriff's Association Conference

    Oregon Department of Corrections Medical Conference