# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | | |
|---|---|---|
| **ESTATE OF BRADLEY GROTE** | : | Civil Action No.: 2:20-CV-101 |
| **Plaintiff,** | : | Judge: William O. Bertelsman |
| v. | : | Magistrate Judge: Candace J. Smith |
| **KENTON COUNTY, KY et al.,** | : | |
| **Defendants.** | : | |

___

### NOTICE OF FILING EXHIBIT TO MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
___

Pursuant to the Court's Order of January 11, 2023 (Doc.# 155), Plaintiff hereby gives notice of filing Exhibit 2 to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment filed on behalf of Southern Health Partners, Inc. and Caitlin Brand. (Doc.# 143).

Respectfully Submitted,

| | |
|---|---|
| */ s / Gary F. Franke* | */ s / Donald L. Nageleisen* |
| Gary Franke, Esq. | Donald L. Nageleisen, Esq. |
| William M. Bristol, Esq. | 2216 Dixie Highway, Suite 203 |
| 120 E. 4th Street, Suite 1040 | Ft. Mitchell, KY 41017 |
| Cincinnati, OH 45202 | dlnlegalmail@yahoo.com |
| gff@garyfrankelaw.com | P: (859) 491-8887 |
| P: (513) 564-9222 | F: (859) 491-5544 |
| F: (513) 564-9990 | |

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was filed through the Court's CM/ECF filing system, which shall serve a copy of the document upon all registered counsel of record.

              */ s / Gary F. Franke*
              Gary F. Franke
              Attorney at Law